# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV12-4491-CAS(CWx) | Date | June 14, 2012 |
|---|---|---|---|
| Title | *BOGART, LLC v. BURBERRY GROUP, PLC; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER TO SHOW CAUSE RE: SUBMISSION OF FORMS AO 120 (PATENT OR TRADEMARK) AND/OR AO 121 (COPYRIGHT)

**IT IS HEREBY ORDERED** that **Plaintiff, BOGART, LLC**, show cause in writing not later than **June 29, 2012** why it has failed to submit the Report on the Filing or Determination of an Action Regarding a Patent or Trademark and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright in this action and why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be held on this Order to Show Cause. The parties are advised that this action will be dismissed, unless prior to **June 29, 2012**, plaintiff files the Report on the Filing or Determination of an Action Regarding a Patent or Trademark (Form AO 120) and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (Form AO 121), or show cause in writing as to why they should be excused from filing said report(s).

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer   CMJ |